UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL BAPTISTA,<br><br>    Petitioner,<br><br>vs.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | Case No. C 09-4382 SBA<br><br>Related to:<br>C 09-2406 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Respondent's Motion to Dismiss,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: September 30, 2010

                                      *Saundra B Armstrong*
                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge